AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>**ALEXANDER ISAEV**<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 18-MJ-625 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ALEXANDER ISAEV                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349

Date:  07/31/2018

                                                                        S/ Go
                                                                *Issuing officer's signature*

City and state:  Brooklyn, New York          The Honorable Marilyn D. Go
                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                                *Arresting officer's signature*

                                                                *Printed name and title*